**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

MONTALVAN HERNANDEZ,

Petitioner,

v.

KRIST NOEM ET AL.

Respondents.

Case No. 3:25-cv-00461

**PROPOSED ORDER**

**EMERGENCY PETITION FOR WRIT OF HABEAS CORPUS AND COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF**

C

**PROPOSED ORDER**

AND NOW, this 17th day of November, 2026, upon consideration of Petitioner's MOTION TO WITHDRAW PETITION FOR WRIT OF HABEAS CORPUS AND COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF, it is hereby ORDERED as follows:

1. THE PETITION IS DEEMED WITHDRAWN WITHOUT PREJUDICE.

IT IS SO ORDERED.

/S/ Stephanie L. Haines

Stephanie L. Haines
Federal District Court Judge